PG. 01

98 - 2157 SEC

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE MAYAGUEZ

HERNANDEZ LOPEZ, CARLOS M.
DEMANDANTE
VS.
E L A DE PR
DEMANDADO

CASO:I AC1998-0366
SALON:207

ACCION CIVIL

CAUSAL/DELITO

CLERK OFFICE
US DISTRICT COURT FOR P.R.
ROOM 150 FEDERAL BUILDING
SAN JUAN PR                    00918-1767

NOTIFICACION DE SENTENCIA

    EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO
SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 15 DE MAYO DE 2006    , QUE HA
SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE
PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

    Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA,
DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA
NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA
CON FECHA DE 22 DE MAYO DE 2006        .

DELGADO HERNANDEZ PEDRO A
AMERICAN INTERNATIONAL PLAZA
SAN JUAN PR

250 AVE MUÑOZ RIVERA 8VO PISO
00918-1808

HERNANDEZ LOPEZ CARLOS M
PO BOX 1731

MAYAGUEZ, PR
00681

PABON ROSARIO MARIO
PO BOX 366066

SAN JUAN PR
00936-6066

RODRIGUEZ MADRIGAL MONICA M
DEPARTAMENTO DE JUSTICIA
SAN JUAN PR

PO BOX 9020192
00902-0192



PRC
031-06-057
BOX 17

PÁG. 02

CASO NUM:I AC1998-0366
SALON:207

ORTIZ GUZMAN ANGEL J
PO BOX 191701                    SAN JUAN PR
                                 00919-1701


MAYAGUEZ       , PUERTO RICO, A 22 DE MAYO DE 2006

                      LCDA. NORMA G. SANTANA IRIZARRY
                      ------------------------------------
                                        SECRETARIO
              POR: HEIDY GARCIA CUEBAS
                      ------------------------------------
                           SECRETARIO AUXILIAR

O.A.T.704-NOTIFICACION DE SENTENCIA
TELETRIBUNALES:(787)759-1888/ISLA, LIBRE DE COSTO(787)1-877-759-1888

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE MAYAGUEZ**
**SALA SUPERIOR**

| | |
|---|---|
| CARLOS M. HERNÁNDEZ LOPEZ, personalmente y como presidente del FRENTE AUTONOMISTA MAYAGUEZANO Y FRENTE AUTONOMISTA MAYAGUEZANO (F.A.M.) <br><br> DEMANDANTES <br><br> VS. <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA COMISION ESTATAL DE ELECCIONES DEMANDADOS | CIVIL NÚM. I AC1998-0366 <br> SALA #207 <br><br> MATERIA: <br><br><br> SENTENCIA DECLARATORIA E INJUNCTION |

### SENTENCIA

Examinado el expediente del caso de epígrafe del cual se desprende que el pasado 23 de noviembre de 1998, el Tribunal emitió Resolución y Orden, la que se transcribe íntegramente.

> "Habida cuenta de la moción de solicitud de remoción del caso de epígrafe de este Tribunal al Tribunal de Distrito Federal de Puerto Rico, radicada por la parte codemandada Estado Libre Asociado de Puerto Rico, se ordena a esta Secretaría proceder de acuerdo a las disposiciones de 28 U.S.C. Sec. 1446.
>
> Refiérase el expediente por esta Secretaría al Tribunal de Distrito Federal de Puerto Rico.
>
> Se deja sin efecto el señalamiento del día hoy 23 de noviembre de 1998."

En vista de lo anterior, se dicta la presente Sentencia decretando la paralización de los procedimientos en el presente caso. Veáse, 28 U.S.C. Sec. 1446.

**REGÍSTRESE Y NOTIFÍQUESE.**

Dada en Mayagüez, Puerto Rico, hoy 15 de mayo de 2006.

**HÉCTOR JAIME CONTY PÉREZ**
**JUEZ SUPERIOR**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE MAYAGUEZ
PO BOX 1210
MAYAGUEZ, PUERTO RICO 00681-1210